# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VIRGIN MOBILE USA, L.P., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF INDIANA, and <br> INDIANA STATEWIDE 911 BOARD, <br><br> Defendants. | CIVIL ACTION NO. 15-cv-1105 |

## MOTION REQUESTING EXPEDITED HEARING

Pursuant to Local Rule 7-5(a), Plaintiff Virgin Mobile USA, L.P. respectfully requests that this Court conduct a hearing on an expedited basis on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 7 (the "Motion"). In support of this request, Plaintiff states as follows:

1. On July 15, 2015 Plaintiff Virgin Mobile USA, L.P. filed a Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No 7.

2. Plaintiff's Motion moves to enjoin Defendants the State of Indiana (the "State"), and the Indiana Statewide 911 Board (the "911 Board") (collectively the "Defendants") from implementing and enforcing changes made by Public Law 157-2015 to the Indiana Enhanced Prepaid Wireless Telecommunications Service Charge Act, Ind. Code § 36-8-16.6-11 ("Amended Section 11"), which became effective July 1, 2015. As of August 1, 2015, Amended Section 11 will retroactively charge Virgin Mobile and other Lifeline service providers a fee for each Indiana Lifeline customer for every month going back to the initial month of a Lifeline customer's current service agreement. I.C. § 36-8-16.6-11(e). As of September 1, 2015, Amended Section 11 will impose a monthly recurring charge of $1.00 on Virgin Mobile for each

1

subscriber on whose behalf it receives $9.25 in federal subsidy from the Federal Communications Commission's Universal Service Fund. I.C. § 36-8-16.6-11(d).

3. This case involves complex regulatory and constitutional legal issues surrounding Amended Section 11's discriminatory fee targeted at a subset of telecommunications companies that specifically serve economically disadvantaged households. The Court's decision may impact thousands of Indiana residents who are either current or future participants in the Federal Communications Commission's Universal Service Fund Lifeline Assistance Program.

4. Plaintiff submits that a hearing is necessary for this Court to rule regarding Plaintiff's Motion, and would facilitate this Court's determination regarding the important legal and factual issues raised in the Motion by providing the Court with an opportunity to further examine and engage with the party's arguments and evidence.

5. Counsel for the Plaintiff estimates that the hearing should last for a total 60 minutes, with 30 minutes provided to each side.

6. Due the pending August 1, 2015 deadline contained in Amended Section 11, Plaintiff seeks to schedule the requested hearing on an expedited basis, prior to August 1, 2015.

For the foregoing reasons, Plaintiff respectfully requests that this Court conduct a hearing on an expedited basis on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 7.

3

DATED: July 15, 2015                     Respectfully submitted,

   s/ Richard E. Aikman_____
Richard E. Aikman
Anne E. Becker
Lewis Kappes
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 (Fax)
RAikman@Lewis-Kappes.com
ABecker@Lewis-Kappes.com

Henry T. Kelly (*pro hac vice pending*)
Catherine E. James (*pro hac vice pending*)
Kelley Drye & Warren, LLP
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 857-2350
(312) 857-7095 (Fax)
HKelly@KelleyDrye.com
CJames@KelleyDrye.com

Case 1:15-cv-01105-SEB-DLP   Document 13   Filed 07/15/15   Page 3 of 4 PageID #: 312

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on July 15, 2015 a copy of the foregoing **Motion Requesting Expedited Hearing** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. In addition, the undersigned certifies that he caused the foregoing **Motion Requesting Expedited Hearing** to be served upon the below individuals via hand delivery on the 16th day of July, 2015.

| | |
|---|---|
| Michael R. Pence | David L. Steiner |
| Office of the Governor | Office of Attorney General |
| 200 W. Washington St., Rm. 206 | Indiana Govt. Center South, 5th Floor |
| Indianapolis, IN 46204 | 302 W. Washington St. |
| | Indianapolis, IN 46204 |

Barry Ritter
Indiana Statewide 911 Board
10 W. Market St., Ste. 2950
Indianapolis, IN 46204

                                              s/ Richard E. Aikman
                                                   Richard E. Aikman