UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VIRGIN MOBILE USA, L.P., <br><br> Plaintiff, <br> v. <br><br> STATE OF INDIANA, and <br> INDIANA STATEWIDE 911 BOARD <br><br> Defendants. | CIVIL ACTION NO. 1:15-cv-01105-SEB-DKL |

## MOTION FOR APPROVAL OF STIPULATION AND AGREEMENT

Plaintiff, Virgin Mobile USA, L.P. ("Virgin Mobile" or "Plaintiff"), through undersigned counsel, and Defendants, the State of Indiana and the Indiana Statewide 911 Board, by counsel, have entered into a Stipulation and Agreement, an executed copy of which is attached as Exhibit A. The Parties request that this Court, by an order, approve the Stipulation and Agreement and set this matter for evidentiary hearing on Plaintiff's Motion for Preliminary Injunction.

The undersigned counsel represents that she has the authority from Defendants' counsel, to file this Motion.

Respectfully submitted,

**LEWIS & KAPPES, P.C.**

*s/ Anne E. Becker*
Anne E. Becker
Richard E. Aikman
Lewis Kappes
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 (Fax)
ABecker@Lewis-Kappes.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of July 2015, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lara Langeneckert
lara.langeneckert@atg.in.gov
OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Thomas Fisher
tom.fisher@atg.in.gov
OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Henry T. Kelly (*pro hac vice pending*)
hkelly@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Catherine E. James (*pro hac vice pending*)
cjames@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606

*s/ Anne E. Becker*
Anne E. Becker

LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, IN 46282-0003
Telephone:    (317) 639-1210
Facsimile:    (317) 639-4882
Email: RAikman@Lewis-Kappes.com
          ABecker@Lewis-Kappes.com
          MHerceg@Lewis-Kappes.com