## Stipulation and Agreement

In the matter of *Virgin Mobile USA, L.P. v. State of Indiana and Indiana Statewide 911 Board*, No. 15-cv-1105-SEB-DKL, Plaintiff Virgin Mobile USA, L.P. ("Virgin Mobile") and Defendants State of Indiana and Indiana Statewide 911 Board (together, "State"), hereby stipulate to the following order to be entered by the court:

This matter coming to be heard on Virgin Mobile's Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 39] to enjoin the effect of Indiana Code § 36-8-16.6-11(d) and (e), which imposes a prepaid wireless charge on certain eligible telecommunications carriers (911 Fee), all parties having appeared by their respective counsel, and pursuant to the parties' stipulation, it is hereby ordered that:

1) Virgin Mobile's obligation to make a 911 Fee payment on August 1, 2015 required by I.C. § 36-8-16.6-11(e)(1) shall be stayed until 15 days after the entry of the Court's ruling on Virgin Mobile's Motion for Preliminary Injunction;

2) Virgin Mobile's obligation to make monthly 911 Fee payments required by I.C. § 36-8-16.6-11(e)(2) shall be stayed until 10 days after the entry of the Court's ruling on Virgin Mobile's Motion for Preliminary Injunction.

3) Each of the foregoing dates shall apply unless otherwise modified by the District Court or Court of Appeals upon an interlocutory appeal;

4) This matter is set for an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction on _____;

5) This matter is set for status on _____.

In addition, the Parties agree to the following:

1. Virgin Mobile agrees not to use the existence of this Stipulation and Agreement, or the State's willingness to enter into it, in support of its motion for preliminary injunction.

2. During the pendency of this litigation, Virgin Mobile agrees to keep records that will permit it to calculate accurately and efficiently the amounts it would owe under Indiana Code section 36-8-16.6-11 in the event the State prevails, as described more fully below.

3. In the event that the district court denies Virgin Mobile's motion for a preliminary injunction with respect to Indiana Code Section 36-8-16.6-11(e)(1), Virgin Mobile shall have 15 days from the date of the district court's ruling to remit the payment that would, absent the stipulated stay, have been due under Indiana Code section 36-8-16.6-11(e)(1), plus interest as calculated from August 1, 2015 to the date of remittance.

4. In the event that the district court denies Virgin Mobile's motion for a preliminary injunction with respect to Indiana Code section 36-8-16.6-11(e)(2), Virgin Mobile shall have 10 days from the date of the district court's ruling to remit the payment or payments that would, absent the stipulated stay, have been due under Indiana Code section 36-8-16.6-11(e)(2), plus interest as calculated from the original statutory due date for each such payment to the date of remittance.

5. In the event any court enters what is in effect a preliminary or permanent injunction relieving Virgin Mobile from the obligation to make remittances under Indiana Code section 36-8-16.6-11, but that injunction is then stayed or reversed by the same court or a higher court, Virgin Mobile shall have 10 days from the date of the order or judgment staying or reversing the injunction to remit the payment or payments that would, absent the injunction, have been due under Indiana Code section 36-8-16.6-11, plus interest as calculated from the original statutory due date for each such payment to the date of remittance.

6. Except to the extent set forth in this Stipulation and Agreement, no party waives any claims or defenses by virtue of entering into this Stipulation and Agreement.

_____
Thomas M. Fisher, Solicitor General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
(317) 232-6255
Tom.Fisher@atg.in.gov

*For Defendants*
7-17-15

_____
Anne E. Becker
Lewis Kappes
One American Square, Ste. 2500
Indianapolis, IN 46282
(317) 639-1210
ABecker@lewis-kappes.com