UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VIRGIN MOBILE USA, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cv-01105-SEB-DKL |
| | ) | |
| STATE OF INDIANA and | ) | |
| INDIANA STATEWIDE 911 BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AUTOMATIC INITIAL EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendants State of Indiana and Indiana Statewide 911 Board, by counsel, hereby provide notice to the Court of an automatic initial extension of time pursuant to S.D. Ind. L.R. 6-1(b) to respond to Plaintiff's Complaint for Declaratory and Injunctive Relief ("Complaint") by twenty-eight days, to and including September 3, 2015.  In support Defendants state as follows:

1.    Plaintiff's Complaint was filed on July 15, 2015.

2.    Defendants were served on July 16, 2015, and their response is due August 6, 2015, which time has not passed nor previously been extended.

3.    Undersigned counsel has not had sufficient time to prepare an adequate response to the Complaint.

4.  The Plaintiffs are not prejudiced by an extension of time and the extension does not interfere with any scheduled hearings or deadlines or a case management

plan. Plaintiff's counsel has been contacted and does not object to the extension being sought, up to and including September 3, 2015.

Wherefore, Defendants respectfully notify the Court of their initial automatic extension of time for responding to Plaintiff's Complaint by twenty-eight days to and including September 3, 2015.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General

By:     */s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General

Lara Langeneckert
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Anne E. Becker
Richard Emerson Aikman, Jr.
Manuel Herceg
LEWIS & KAPPES, PC
One American Square, Suite 2500
Indianapolis, IN  46282
abecker@lewis-kappes.com
raikman@lewis-kappes.com
mherceg@lewis-kappes.com

*/s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General

Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone:  (317) 232-6255
Fax:  (317) 232-7979
Email:  tom.fisher@atg.in.gov