IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIN MOBILE USA, L.P., | ) |
|       Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | )   CASE NO. 1:15-cv-1105-SEB-MSD |
| MEMBERS OF THE INDIANA STATEWIDE 911 BOARD IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) |
|       Defendant and Counter-Plaintiff | ) ) ) |
| MEMBERS OF THE INDIANA STATEWIDE 911 BOARD IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) |
|       Plaintiff, | ) ) |
| v. | ) ) |
| TRACFONE WIRELESS, i-WIRELESS, AND BUDGET PREPAY, | ) ) ) |
|       Defendants. | ) |

## AGREED MOTION TO DISMISS BUDGET PREPAY, INC. ONLY

The Plaintiffs, the Members of the Indiana Statewide 911 Board in their Official Capacities and the Indiana Statewide 911 Board (collectively, the "911 Board"), and the Defendant, Budget Prepay, Inc. ("Budget Prepay"), by their respective counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully request an Order dismissing Budget Prepay only from this lawsuit and in support thereof state as follows:

1. As set forth in the 911 Board's First Amended Complaint filed on February 24, 2017, this lawsuit involves claims by the 911 Board against Budget Prepay and others.

2. The Parties (the 911 Board and Budget Prepay) have resolved all claims between them by agreement.

3. As a result, the 911 Board and Budget Prepay respectfully request that the Court enter an Order dismissing Budget Prepay only from the lawsuit, with prejudice, and with the 911 Board and Budget Prepay to bear their own respective costs and attorneys' fees.

4. The other parties to this lawsuit, Virgin Mobile, USA, L.P., i-Wireless, LLC, and Tracfone Wireless, Inc., have been advised of the settlement by and between the 911 Board and Budget Prepay and do not oppose Budget Prepay's dismissal from this lawsuit.

WHEREFORE, the Plaintiffs, the Members of the Indiana Statewide 911 Board in their Official Capacities and the Indiana Statewide 911 Board, and the Defendant, Budget Prepay, Inc., respectfully request that the Court enter an order (a) dismissing Budget Prepay, Inc. only from this lawsuit, with prejudice, and with each party to bear their own costs and attorneys' fees, and (b) providing for all other appropriate relief.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Curtis T. Hill, Jr.<br>Indiana Attorney General | |
| | */s/ Alan S. Townsend* |
| */s/ Thomas M. Fisher* | Alan S. Townsend |
| Thomas M. Fisher, Attorney No. 17949-49 | Attorney No. 16887-49 |
| Rebecca L. Loeffler, Attorney No. 25498-75 | Nikki Gray Shoultz |
| Julia C. Payne, Attorney No. 34728-53 | Attorney No. 16509-41 |
| Matthew R. Elliott, Attorney No. 34000-49 | Bradley M. Dick |
| Lara Langeneckert, Attorney No. 30724-49 | Attorney No. 29647-49 |
| Office of the Attorney General | BOSE MCKINNEY & EVANS LLP |
| Indiana Government Center South | 111 Monument Circle, Suite 2700 |
| 302 W. Washington Street, 5th Floor | Indianapolis, IN 46204 |
| Indianapolis, IN 46204 | (317) 684-5225 |
| (317) 232-6526 | (317) 684-5173 (Fax) |
| (317) 232-7979 (Fax) | |
| | *Attorneys for the Defendant,* |
| *Attorneys for Plaintiffs, the Members of the Indiana Statewide 911 Board in their Official Capacities and the Indiana Statewide 911 Board* | *Budget Prepay, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2018, the foregoing "Agreed Motion to Dismiss Budget Prepay, Inc. Only" was served electronically via email and/or has been deposited in the United States mail, first class postage prepaid, to the following:

| | |
|---|---|
| Robert L. Hartley, Jr. <br> rhartley@fbtlaw.com | Henry Kelly <br> hkelly@kelleydrye.com |
| Catherine James <br> cjames@kelleydrye.com | Anne Becker <br> abecker@lewis-kappes.com |

 

              */s/ Alan S. Townsend*
              Alan S. Townsend

3338378_1