UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIN MOBILE USA, L.P., | ) |
|       Plaintiff and Counter-Defendant, | ) |
| v. | ) |
| MEMBERS OF THE INDIANA STATEWIDE 911 BOARD IN THEIR OFFICIAL CAPACITY, | ) |
|       Defendant and Counter-Plaintiff. | ) Case No. 1:15-cv-1105-SEB- DLP |
| INDIANA STATEWIDE 911 BOARD, | ) |
|       Consolidated Plaintiff, | ) |
| v. | ) |
| VIRGIN MOBILE, USA, L.P., TRACFONE WIRELESS, INC., and I-WIRELESS, LLC, | ) |
|       Consolidated Defendants. | ) |

**THIRD JOINT MOTION TO HOLD CASE IN ABEYANCE
PENDING SETTLEMENT DISCUSSIONS**

Consolidated Plaintiff, Indiana Statewide 911 Board, and Defendants and Counter-Plaintiffs, Members of the Indiana Statewide 911 Board in their Official Capacity (collectively, "the Board"), and Plaintiff/Counter-Defendant Virgin Mobile USA, L.P., Consolidated Defendant i-wireless, LLC, and Consolidated Defendant Tracfone Wireless, Inc. (collectively "the Carriers"),

respectfully request that the Court hold this case, including the Board's response to the Carriers' supplemental authority, in abeyance for an additional forty-five days while the parties engage in settlement discussions. In support of this Motion, the parties state as follows:

1. The parties have each filed motions and cross motions for summary judgment on the validity of the enhanced prepaid wireless charge codified at Indiana Code section 36-8-16.6.-11.

2. After the parties fully briefed their respective motions, Congress enacted the Wireless Telecommunications Tax and Fee Collection Fairness Act, now codified at 47 U.S.C. §1510 (2018).

3. On May 21, 2018, the Carriers filed an Agreed Motion for Leave to Permit the Parties to Submit Supplemental Authority in Support of Their Motion for Summary Judgment, ECF No. 165.

4. On May 23, 2018, the Court entered an Order granting the Agreed Motion for Leave and ordered that the Board could file a supplemental brief addressing the Carriers' supplemental authority within fourteen days, *i.e.*, by June 6, 2018. ECF No. 166.

5. On June 7, 2018, the Court entered an Order granting the parties' first Joint Motion to Hold Case in Abeyance Pending Settlement Discussions and ordered that the case and supplemental briefing be held in abeyance until July 6, 2018. ECF No. 169.

6. On July 10, 2018, the Court entered an Order granting the parties' second Joint Motion to Hold Case in Abeyance Pending Settlement Discussions and ordered that the case and supplemental briefing be held in abeyance until August 13, 2018. ECF No. 171.

7. The Board and Consolidated Defendant Tracfone Wireless, Inc. have reached a settlement agreement which is expected to receive final approval by the Board at a meeting on August 22, 2018.

8. The remaining parties continue to engage in settlement discussions and agree that maintaining the status quo, with no additional substantive filings by the parties and no summary judgment rulings from the Court, would assist with those discussions.

9. Accordingly, the parties jointly request the Court to hold this case, including the Board's brief responding to the Carriers' submission of supplemental authority, in abeyance for forty-five days while the parties discuss settlement.

10. The request to hold the case in abeyance will not prejudice any parties to this matter and is solely for the purpose of settlement discussions.

WHEREFORE, the Defendants and Counter-Plaintiffs, Members of the Indiana Statewide 911 Board in their Official Capacity, and Plaintiff/Counter-Defendant Virgin Mobile USA, L.P., Consolidated Defendant i-wireless, LLC, and Consolidated Defendant Tracfone Wireless, Inc., respectfully request that the Court enter an order holding the case and supplemental briefing in abeyance for forty-five days, and granting all other relief deemed appropriate under the circumstances.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana

By: *s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General
Matthew R. Elliott
Julia C. Payne
Deputy Attorney General

Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
(317) 232-6255
(317) 232-7979 (Fax)
Tom.Fisher@atg.in.gov

*For Indiana Statewide 911 Board and Members of the Indiana Statewide 911 Board in their Official Capacity*


By: *s/ Robert L. Hartley, Jr.*
Robert L. Hartley, Jr.
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
(317) 237-3949
(317) 237-3900 (Fax)
rhartley@fbtlaw.com

*For Provider TracFone Wireless, Inc.*


By: *s/ Henry T. Kelly*
Henry T. Kelly
Catherine E. James
Kelley Drye & Warren, LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 857-2350
(312) 857-7095 (Fax)
HKelly@KelleyDrye.com
CJames@KelleyDrye.com

*For Providers Virgin Mobile USA, L.P. and i-wireless, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Henry T. Kelly
Catherine E. James
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 857-7070
HKelly@KelleyDrye.com
CJames@KelleyDrye.com

Robert L. Hartley, Jr.
FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3949
rhartley@fbtlaw.com
arom@fbtlaw.com

Anne E. Becker
LEWIS & KAPPES, PC
One American Square, Suite 2500
Indianapolis, IN 46282
(317) 639-1210
abecker@lewis-kappes.com

                                          *s/ Thomas M. Fisher*
                                          Thomas M. Fisher
                                          Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Phone: (317) 232-6255
FAX: (317) 232-7979
Email: Tom.Fisher@atg.in.gov