UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIN MOBILE USA LP, </br></br>　　　Plaintiff and Counter-Defendant, </br></br>　v. </br></br>MEMBERS OF THE INDIANA STATEWIDE 911 BOARD IN THEIR OFFICIAL CAPACITIES, </br></br>　　　Defendant and Counter-Plaintiff, </br>_____ </br></br>INDIANA STATEWIDE 911 BOARD, </br></br>　　　Consolidated Plaintiffs. </br></br>　v. </br></br>VIRGIN MOBILE, USA, L.P., TRACFONE WIRELESS, INC., and I-WIRELESS, LLC , </br></br>　　　Consolidated Defendants. | Case No. 1:15-cv-01105-SEB-DLP |

**AGREED MOTION TO DISMISS TRACFONE WIRELESS, INC.**

The Plaintiffs, the Members of the Indiana Statewide 911 Board in their Official Capacities and the Indiana Statewide 911 Board (collectively, the "911 Board"), and the Defendant, TracFone Wireless, Inc. ("TracFone"), by their respective counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully request an Order dismissing TracFone only from this lawsuit and in support thereof state as follows:

　　1.　As set forth in the 911 Board's First Amended Complaint filed on February 24, 2017, this lawsuit involves claims by the 911 Board against TracFone and others.

　　2.　The Parties (the 911 Board and TracFone) have resolved all claims between them by agreement.

3. As a result, the 911 Board and TracFone respectfully request that the Court enter an Order dismissing TracFone only from the lawsuit, with prejudice, and with the 911 Board and TracFone to bear their own respective costs and attorneys' fees.

4. The other parties to this lawsuit, Virgin Mobile, USA, L.P., and i-Wireless, LLC, have been advised of the settlement by and between the 911 Board and TracFone and do not oppose TracFone'sdismissal from this lawsuit.

WHEREFORE, the Plaintiffs, the Members of the Indiana Statewide 911 Board in their Official Capacities and the Indiana Statewide 911 Board, and the Defendant, TracFone Wireless, Inc., respectfully request that the Court enter an order (a) dismissing TracFone Wireless, Inc. only from this lawsuit, with prejudice, and with each party to bear their own costs and attorneys' fees, and (b) providing for all other appropriate relief.

| | |
|---|---|
| CURTIS T. HILL, JR.<br>Attorney General of Indiana | FROST BROWN TODD LLC |
| By: */s/ Thomas M. Fisher*<br>Thomas M. Fisher, # 17949-49<br>Solicitor General<br>Matthew R. Elliott, # 34000-49<br>Julia C. Payne, # 34728-53<br>Deputy Attorney General<br>Office of the Attorney General<br>302 W. Washington St., IGCS 5th Flr<br>Indianapolis, IN 46204<br>(317) 232-6526<br>(317) 232-7979 (Fax)<br>Tom.Fisher@atg.in.gov<br><br>*For Indiana Statewide 911 Board and Members of the Indiana Statewide 911 Board in their Official Capacity* | By: */s/ Robert L. Hartley, Jr.*<br>Robert L. Hartley, Jr., #7563-49<br>201 North Illinois Street, Suite 1900<br>P.O. Box 44961<br>Indianapolis, IN 46204-0961<br>(317) 237-3949<br>(Fax: (317) 237-3900<br>*rhartley@fbtlaw.com*<br><br>*For Provider TracFone Wireless, Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of August, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

                    */s/ Robert L. Hartley*

Frost Brown Todd LLC         Robert L. Hartley
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rhartley@fbtlaw.com


0109989.0569050   4846-8206-5006v1