**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VIRGIN MOBILE, USA, L.P., ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| MEMBERS OF THE INDIANA STATEWIDE 911 ) | |
| BOARD IN THEIR OFFICIAL CAPACITIES, ) | |
| ) | |
| Defendant and Counter-Plaintiff. ) | No. 1:15 cv-1105 SEB-MJD |
| ) | |
| ) | Judge Sarah Evans Barker |
| INDIANA STATEWIDE 911 BOARD, ) | Magistrate Judge Mark J. Dinsmore |
| ) | |
| Consolidated Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGIN MOBILE, USA, L.P., TRACFONE ) | |
| WIRELESS, INC., I-WIRELESS, LLC, and ) | |
| BUDGET PREPAY, INC., ) | |
| ) | |
| Consolidated Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(2), Defendant and Counter-Plaintiff Indiana Statewide 911 Board (the "911 Board") and Plaintiff and Counter-Defendant Virgin Mobile, USA, L.P. ("Virgin Mobile") (collectively, the "Parties") jointly stipulate to the dismissal of this action **WITH PREJUDICE** as to all claims asserted by the 911 Board against Virgin Mobile and all claims asserted by Virgin Mobile against the 911 Board. Each party shall bear their own fees and costs.

Pursuant to Rule 41(a)(1)(A)(ii), all parties who have appeared in this action are signatories, by their counsel, to this Stipulation of Dismissal.

The Parties have resolved this dispute pursuant to a confidential Settlement Agreement, but have agreed to submit to the Court's jurisdiction for the purposes of enforcing the terms of the Settlement Agreement, if necessary.

Dated: January 7, 2019                                                       Respectfully Submitted,

/s Thomas M. Fisher_____  
Thomas M. Fisher  
Solicitor General  
Kian Hudson  
Julia C. Payne  
Deputy Attorney General  
Office of the Indiana Attorney General  
302 W. Washington St., IGCS 5th Floor  
Indianapolis, IN 46204  
(317) 232-6255  
(317) 232-7979  
Tom.Fisher@atg.in.gov  

*Attorneys for Indiana Statewide 911 Board*

/s Henry T. Kelly_____  
Henry T. Kelly *(pro hac vice)*  
Catherine E. James *(pro hac vice)*  
KELLEY DRYE & WARREN LLP  
333 W. Wacker Dr., Suite 2600  
Chicago, IL 60606  
(312) 857-7070  
hkelly@kelleydrye.com  
cjames@kelleydrye.com  

Anne E. Becker  
LEWIS KAPPES  
One American Square, Suite 2500  
Indianapolis, Indiana 46282  
(317) 639-1210  
(317) 639-4882 (Fax)  
RAikman@Lewis-Kappes.com  
ABecker@Lewis-Kappes.com  

*Counsel for Virgin Mobile, USA, L.P.*